AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Kevin Mack

Case No. 0090 1:13CR00150-001

U.S. MARSHAL-DC AM9:52
RECEIVED JUN 4 '20

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* Kevin Mack
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: 6/3/2020

_____
*Issuing Officer's Signature*

City and State: Washington, DC       Rudolph Contreras, U.S.D.J.
*Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
_____
*Arresting Officer's Signature*

_____
*Printed Name and Title*